**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  CHAPTER 13 CASE NO.:

DANNY WARREN  19-12944-JDW

**OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN (DKT. #32)**

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, after conducting the Section 341(a) Meeting of Creditors, reviewing the Petition, Schedules, and Statement of Financial Affairs, and files this Objection to Confirmation of First Amended Plan (the "Objection"), and in support thereof states as follows:

1. The Debtor commenced this proceeding by filing a Voluntary Petition on July 24, 2019 (the "Petition Date"). The Debtor filed a proposed First Amended Chapter 13 Plan (Dkt. #32) (the "Plan") on October 25, 2019.

2. The Debtor is below median income and the proposed term of the Plan is sixty (60) months. The Plan does not provide for a distribution to nonpriority unsecured creditors. The liquidation value in Section 5.1 of the Plan is zero (0).

3. Section 3.2 of the Plan fails to comply with 11 U.S.C. § 1325(a)(1). The Debtor failed to properly provide for the secured claim of Mississippi Department of Revenue ("MDOR") be paid the statutory rate of interest of six percent (6%) by referring to the provision in Section 8.1.

4. The Plan fails to comply with 11 U.S.C. § 1325(a)(6) because the Plan is not feasible. The Debtor has failed to fully fund the Plan and is $2,262.50 delinquent in plan payments through October 2019. Plan payments continue to accrue at the rate of $2,515.50 monthly thereafter.

5. The Plan fails to comply with 11 U.S.C. § 1325(a)(1). Section 3.1(a) of the Plan provides that the ongoing mortgage payments shall be paid beginning in November 2019 to Chase Mortgage ("Chase"). However, the Plan will not be sufficiently funded to allow for the disbursement to Chase and all other creditors at confirmation due to the delinquency in plan payments.

6. The Debtor should timely remit all plan payments due under the Plan prior to the hearing or the case should be dismissed for failure to comply with the proposed Plan.

7. For the reasons set forth herein, the Trustee submits that Confirmation of the Plan should be denied and the case dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that upon notice and hearing that this Court enter its order sustaining the Objection. The Trustee prays for other such general and specific relief to which Trustee and this bankruptcy estate may be entitled.

Dated: November 5, 2019.

         Respectfully submitted,

         **LOCKE D. BARKLEY**
         **CHAPTER 13 TRUSTEE**

BY: /s/ Melanie T. Vardaman
    ATTORNEYS FOR TRUSTEE
    W. Jeffrey Collier (MSB 10645)
    Melanie T. Vardaman (MSB 100392)
    6360 I-55 North, Suite 140
    Jackson, Miss.  39211
    (601) 355-6661
    mvardaman@barkley13.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

      Dated: November 5, 2019.

      /s/ Melanie T. Vardaman
      MELANIE T. VARDAMAN