

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 CASE NO.:

DANNY WARREN                                                   19-12944-JDW

## ORDER WITHDRAWING
## OBJECTION TO CONFIRMATION (DKT. #28)

THIS MATTER came before the Court on the Objection to Confirmation (Dkt. #16) (Dkt. #28) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court being advised that the Trustee requests to withdraw the Objection as the Debtor has filed a First Amended Chapter 13 Plan (Dkt. #32) which renders the Objection moot. Upon request by the Trustee,

IT IS ORDERED that the Objection shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com