**Fill in this information to identify the case:**

Debtor 1      Danny Warren

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi (Aberdeen)

Case number  19-12944

---

Official Form 410S1

# Notice of Mortgage Payment Change                                      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:**
Principal, interest, and escrow, if any  $ 1565.96

**Last 4 digits** of any number you use to identify the debtor's account: 9 7 8 7

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 338.80          New escrow payment: $ 308.73

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %               New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____            New mortgage payment: $ _____

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

Debtor  Danny Warren
        First Name   Middle Name   Last Name

Case number (if known) 19-12944

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Markera Banks
Signature

Date 12/04/2019

Print: Markera Banks
       First Name   Middle Name   Last Name

Title: Vice President

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
Number    Street

700 Kansas Lane, Mail Code LA4-5555
Address 2

Monroe                                    LA        71203
City                                      State     ZIP Code

Contact phone  866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi (Aberdeen)

Chapter 13 No. 19-12944
Judge: Judge Jason D. Woodard

In re:
Danny Warren

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before December 06, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:          By U.S. Postal Service First Class Mail Postage Prepaid
  Danny Warren
  203 McAlexander Road
  Holly Springs MS 38635

                 By U.S. Postal Service First Class Mail Postage Prepaid
  N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid
  Karen B. Schneller
  Attorney
  P.O. Box 417
  Holly Springs MS 38635

                     By U.S. Postal Service First Class Mail Postage Prepaid
  N/A

Trustee:         By U.S. Postal Service First Class Mail Postage Prepaid
  Locke D. Barkley
  Trustee
  6360 I-55 North
  Suite 140
  Jackson MS 39211

                              /s/Markera Banks
                              _____
                              Vice President
                              JPMorgan Chase Bank, N.A.

# CHASE 🛑

**Customer Service Center** — 1-800-848-9136
Monday - Friday         8 a.m. - 12 a.m.(ET)
Saturday                8 a.m. - 8 p.m. (ET)
**Hearing Impaired (TDD)** — 1-800-582-0542

06719 ECA  Z 30819 C -  ESU
DANNY WARREN
203 MCALEXANDER ROAD
HOLLY SPRINGS, MS     38635-8501

## Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 11/04/2019 |
| Review Period | 08/2019 to 01/2020 |
| **Escrow Surplus** | **$6,581.11** |

## Important Message

For more information about escrow, visit **chase.com/ManageMyMortgage.**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

## Monthly Home Loan Payment

| | Current Payment | New Payment Effective 02/01/2020 |
|---|---|---|
| Principal & Interest | $1,257.23 | $1,257.23 |
| Escrow Account Deposit | $338.80 | $308.73 |
| **Total Payment Amount** | **$1,596.03** | **$1,565.96** |

## Summary

**Your escrow surplus of $6,581.11 will stay in your account.**

Your escrow account statement shows $6,581.11 more than was needed to pay your taxes and/or insurance. Because you have one or more past-due payments, the surplus will remain in your escrow account. If you bring your account current within 30 days of this statement, we will review your escrow account again. Any surplus at that time will be returned to you. If you bring your account current after the 30 days, please contact the Customer Service Center to request a new escrow review. Your monthly payment will be $1,565.96 starting 02/01/20.

Keep this statement for your records.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if there is a surplus in your account.

| | |
|---|---|
| $617.46 | Your minimum required balance |
| $1,087.67 | Your estimated lowest account balance for 2020[1] |
| **$6,581.11** | **Your escrow account surplus** |

[1] See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,596.03. Your mortgage payment includes principal and interest $1,257.23 and escrow money $338.80.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-4,933.62.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: August 2019 to January 2020

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $2,091.68 | $-2,802.62 |
| 08/2019 | Deposit | $298.82 | $0.00 | * | $2,390.50 | $-2,802.62 |
| 09/2019 | Deposit | $298.82 | $0.00 | * | $2,689.32 | $-2,802.62 |
| 10/2019 | Deposit | $298.82 | $0.00 | * | | |
| | Withdrawal - HOMEOWNER IN | $2,012.00 | $2,131.00 | * | $976.14 | $-4,933.62 |
| 11/2019 | Deposit | $298.82 | $7,306.18 | E | $1,274.96 | $2,372.56 |
| 12/2019 | Deposit | $298.82 | $298.82 | E | | |
| | Withdrawal - COUNTY TAX | $1,573.78 | $1,573.78 | E | $0.00 | $1,097.60 |
| 01/2020 | Deposit | $298.82 | $298.82 | E | $298.82 | $1,396.42 |
| 02/2020 | Deposit | $298.82 | $0.00 | * | $597.64 | $0.00 |
| 03/2020 | Deposit | $298.82 | $0.00 | * | $896.46 | $0.00 |
| 04/2020 | Deposit | $298.82 | $0.00 | * | $1,195.28 | $0.00 |
| 05/2020 | Deposit | $298.82 | $0.00 | * | $1,494.10 | $0.00 |

**(Continued)**

# CHASE

**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 11/04/2019 |
| Review Period | 08/2019 to 01/2020 |
| **Escrow Surplus** | **$6,581.11** |

06719 ECA  Z 30819 C -  ESU
DANNY WARREN
203 MCALEXANDER ROAD
HOLLY SPRINGS, MS   38635-8501

## This Year: August 2019 to January 2020 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 06/2020 | Deposit | $298.82 | $0.00 * | $1,792.92 | $0.00 |
| 07/2020 | Deposit | $298.82 | $0.00 * | $2,091.74 | $0.00 |
| | Total Deposits | $3,585.84 | $7,903.82 | | |
| | Total Withdrawals | $3,585.78 | $3,704.78 | | |
| | Account Balance as of 01/2020 | | | | $1,396.42 |

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $308.73 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $1,087.67 in December 2020 (highlighted below). That is $6,581.11 more than your minimum required balance of $617.46.

## Next Year: February 2020 to January 2021

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $1,396.42 |
| 02/2020 | Deposit | $308.73 | | $1,705.15 | |
| 03/2020 | Deposit | $308.73 | | $2,013.88 | |
| 04/2020 | Deposit | $308.73 | | $2,322.61 | |
| 05/2020 | Deposit | $308.73 | | $2,631.34 | |
| 06/2020 | Deposit | $308.73 | | $2,940.07 | |
| 07/2020 | Deposit | $308.73 | | $3,248.80 | |
| 08/2020 | Deposit | $308.73 | | $3,557.53 | |
| 09/2020 | Deposit | $308.73 | | $3,866.26 | |
| 10/2020 | Deposit<br>Withdrawal - HOMEOWNER IN | $308.73<br>$2,131.00 | | $2,043.99 | |
| 11/2020 | Deposit | $308.73 | | $2,352.72 | |
| 12/2020 | Deposit<br>Withdrawal - COUNTY TAX | $308.73<br>$1,573.78 | | $1,087.67 | |
| 01/2021 | Deposit | $308.73 | | $1,396.40 | |
| | Total Estimated Deposits | $3,704.76 | | | |
| | Total Estimated Withdrawals | $3,704.78 | | | |
| | Estimated Account Balance as of January 2021 | | | $1,396.40 | |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $1,573.78 | December 20 | HOMEOWNER IN | $2,131.00 | October 20 |

**Total Tax and Insurance Monthly Payment Amount = $308.73**

**This Page Intentionally Left Blank**

![CHASE]

A QUICK GUIDE TO UNDERSTANDING YOUR

# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**
This section shows that your escrow account has a surplus.

**Escrow Surplus Check**
Your surplus check will be attached here. Please detach and cash it.

**Escrow Account History**
The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be.

**Expected Escrow Activity for Next Year**
We've calculated what we expect your escrow account balance will be for the coming year.

**Expected Escrow Payment for Next Year**
These are the tax and/or insurance amounts we expect to pay in the next 12 months, and when we expect to pay them. If you believe information is missing or incorrect, please call us at 1-800-848-9136.



## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**Why does my account have a surplus?**

Your account balance is higher than the minimum balance required, so we're refunding the difference. If your refund is more than $50, your check is attached. If it's less than $50, we'll credit your escrow account with your surplus.

We calculate next year's monthly escrow payment based on your tax and/or insurance payment amounts at the time your analysis is run. If your taxes and/or insurance change, your escrow payment may change, resulting in a shortage or surplus next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

## ESCROW RESOURCES

- View your annual Escrow Analysis online to see if your monthly mortgage payment is changing due to an increase or decrease in your property taxes and/or insurance at **chase.com/EscrowAnalysis.**

- For answers to more questions and to watch our informational video, visit **chase.com/Escrow.**

- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts.**

  ©2015 JPMorgan Chase & Co.                                                                                                                           58699-ESU-0215